IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | 8:07CR334 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | USM No: 21866-047 | |
| ) | | |
| DONALD A. SIMPSON, ) | David R. Stickman | |
| Defendant. ) | Defendant's Attorney | |
| Date of previous judgment: July 31, 2008 ) | | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motions of the defendant (Filing Nos. 46, 48) under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motions and stipulation (Filing Nos. 46, 48 and 49) are GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 120 months is reduced to 84 months.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 27 | Amended Offense Level: | 23 | |
| Criminal History Category: | V | Criminal History Category: | V | |
| Previous Guideline Range: | 120 to 150 months | Amended Guideline Range: | 84 to 105 months | |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

[✓] The reduced sentence is within the amended guideline range. The fine range is $10,000-$2,000,000.

[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated July 31, 2008, shall remain in effect.

**IT IS SO ORDERED.**

Dated this 17th day of November, 2011
Effective Date: November 17th, 2011

s/Laurie Smith Camp
United States District Judge